IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELICIA E AGGREY-DAGBO, <br> **Plaintiff** <br><br> v. <br><br> LOTCHI DAGBO, <br> **Defendant** | No. 3:15cv689 <br><br> (Judge Munley) |

## ORDER

AND NOW, to wit, this 17th day of April 2015, the court hereby DISMISSES with prejudice plaintiff's *pro se* complaint (Doc. 1) *sua sponte* for failing to adequately allege a basis for the court to exercise subject matter jurisdiction under 28 U.S.C. § 1332(a). Based on plaintiff's *pro se* status, mortgage foreclosure, divorce, unpaid bills, and the fact plaintiff improvidently commenced this action a mere nine (9) days ago, the court directs the Clerk of Court to refund to plaintiff the $400 filing fee. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Munley

JUDGE JAMES M. MUNLEY
United States District Court